UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:                                          CASE NO. 13-53289 MEH
                                                CHAPTER 13
RICKEY BAYNES
SUSANNE BAYNES                                  JUDGE M. ELAINE HAMMOND

          DEBTORS                               **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, DEVIN
DERHAM-BURK files this Notice of Final Cure Payment. The amount required to cure the default in
the claim listed below has been paid in full, or has been fully paid to the extent it was required to be paid
pursuant to court order in this case.

**Name of Creditor:** <u>FAY SERVICING LLC</u>

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 19 | 4961 | $7,473.49 | $7,473.49 | $7,473.49 |
| Total Amount Paid by Trustee | | | | $7,473.49 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors
have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 4th day of June, 2018.

RICKEY BAYNES, SUSANNE BAYNES, 17488 CARRIAGE LAMP WY, MORGAN HILL, CA 95037-3746

ELECTRONIC SERVICE - DAVID S HENSHAW, HENSHAW LAW OFFICE, 1871 THE ALAMEDA #333, SAN JOSE, CA 95126

US BANK TRUST NA, C/O BSI FINANCIAL SERVICES, P O BOX 679002, DALLAS, TX 75267-9002

ELECTRONIC SERVICE - United States Trustee

Date: June 04, 2018

/s/ Krystal Hernandez
Office of
DEVIN DERHAM-BURK, Chapter 13 Trustee
P O BOX 50013
SAN JOSE, CA 95150-0013